**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 15-cv-81664-Rosenberg/Brannon

LOIES BABARA DALY,

       Plaintiff,

v.

PREMIER CARE NURSES OF AMERICA,
INC., AND MIRJANA GOFORTH,

       Defendants.
_____/

**ORDER APPROVING SETTLEMENT AGREEMENT**
**AND DISMISSING COMPLAINT WITH PREJUDICE**

THIS MATTER is before the Court upon the Parties' Fourth Motion for Approval of Parties' Settlement Agreement (the "Motion") [DE 40].

The Court, having reviewed the Motion and being advised fully in the premises, hereby

ORDERS and ADJUDGES as follows:

The Motion is **GRANTED** and the case is **DISMISSED WITH PREJUDICE**. The Court finds the parties' settlement agreement to be a fair and reasonable compromise to disputed claims. Each party shall bear its own costs and attorneys' fees, except as otherwise agreed to by the parties. The Court reserves jurisdiction to enforce the terms of the settlement agreement.

**DONE and ORDERED**, in Chambers, Fort Pierce, Florida, on this 10th day of November, 2016.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record